UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| GLENN KEVIN HAZLEY, | Case No. 24-CV-2169 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| HENNEPIN COUNTY MEDICAL CENTER, et al., | |
| Defendants. | |

---

The Court has received the Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 6.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 6) is ACCEPTED;

2. Plaintiff Glenn Kevin Hazley's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE;

3. Plaintiff's In Forma Pauperis Application (ECF No. 2) is DENIED AS MOOT; and

4. Plaintiff is required to pay the unpaid balance of this action's statutory filing fee—$318.00—in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to the authorities at the institution where Hazley is confined.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 9, 2024              BY THE COURT:

                                   s/Nancy E. Brasel
                                   Nancy E. Brasel
                                   United States District Judge